UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

K.M. and J.M., individually, and on
behalf of M.M., a minor,

        Plaintiff,

vs.                      Case No.   2:02-cv-40-FtM-29DNF

SCHOOL BOARD OF LEE COUNTY, FLORIDA,
and STATE OF FLORIDA, DEPARTMENT OF
MANAGEMENT  SERVICES,  DIVISION  OF
ADMINISTRATIVE HEARINGS,

        Defendants.
_____

**OPINION AND ORDER**

    This matter is before the Court on consideration of the Magistrate Judge's Report and Recommendation (Doc. #140), filed August 9, 2006, recommending that the request for attorney's fees by defendants be denied, and that the amount of attorney fees ($125,954.00), Lexis legal research fees ($1,051.00), and court reporter costs ($90.00) included in the requested in the Bill of Costs be deducted from the total.  No objections have been filed and the time to do so has expired.

    After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation.  28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983).  In the absence of specific objections, there is no requirement that a district judge review

factual findings de novo, Garvey v. Vaughn, 993 F.2d 776, 779 n. 9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations.  28 U.S.C. § 636(b)(1)(C).  The district judge reviews legal conclusions de novo, even in the absence of an objection.  See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994) (Table).

After conducting an independent examination of the file and upon due consideration of the Report and Recommendation, the Court accepts the Report and Recommendation of the magistrate judge.

Accordingly, it is now

**ORDERED**:

1.  The Report and Recommendation is hereby **accepted** and **adopted** as follows:

    a.  The request for reconsideration, construed from plaintiffs' Opposition to Defendant's Bill of Costs (Doc. #135), is **GRANTED** to the extent that the Bill of Costs was reconsidered;

    b.  The Bill of Costs (Doc. #134), which taxed costs against plaintiffs in the amount of $133,048.04, is **vacated**;

    c.  The request for attorney's fees, construed from Defendant School Board of Lee County's Proposed Bill of Costs (Doc. #133), is **DENIED**;

    d.  The Clerk shall tax costs against plaintiffs and in favor of Defendant School Board of Lee County in the amount of **$5,953.04**.

**DONE AND ORDERED** at Fort Myers, Florida, this __28th__ day of August, 2006.

 

_____
JOHN E. STEELE
United States District Judge

Copies:
Hon. Douglas N. Frazier
United States Magistrate Judge

Counsel of Record
Unrepresented parties